## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 17-0439

GARY RAMSEY AND SANDRA RAMSEY
v.
CATERPILLAR, INC.

§
§
§
§
§
§
§
§

Henderson County,

12th District.

October 20, 2017

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, GARY RAMSEY AND SANDRA RAMSEY, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 30th day of November, 2017.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk

**FILED**

11/30/2017

Twelfth Court of Appeals
Pam Estes
Clerk